## BLAND v. COMMONWEALTH.

(Decided May 17, 1929.)

John A. Polin for movant.

J. W. Cammack, Atty. Gen., and James M. Gilbert, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the Prohibition Law ·(Laws 1922, c. 33) imposing a fine of $150 and 60 days in jail.

Appeal denied; judgment affirmed.

## SAYLOR v. COMMONWEALTH.

(Decided May 17, 1929.)

J. Henry Taylor for movant.

J. W. Cammack, Atty. Gen., and J. M. Gilbert, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Julgment of conviction for violation of the Prohibition Law (Laws 1922, c. 33), imposing a fine of $200 and 30 days in jail.

Appeal denied; judgment affirmed.

## LEAR v. COMMONWEALTH.

(Decided May 21, 1929.)

C. A. Denny for movant.

J. W. Cammack, Atty. Gen., and Samuel B. Kirby, Jr., Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Julgment of conviction for violation of the Prohibition Law, imposing a fine of $50.

Appeal denied; judgment affirmed.